|  |  |  |
|---|---|---|
| A. Judy Harrrison, | ) | United States District Court |
| Plaintiff | ) | Northern District of Illinois |
|  | ) |  |
|  | ) | 08 C 5 0 1 63 |
| v. | ) | *Judge Reinhard* |
|  | ) |  |
| B. | ) |  |
| Defendant | ) |  |

*Central Intelligence*
*C\o defendants*
*FBI*

**RECEIVED**

AUG 0 5 2008

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

## COMPLAINT

Your honor I am here today to ask the court to grant us restraining orders and/or restrictions be placed against the defendants named in this civil case.  I have named the Central Intelligence agency and as co-defendants the Chicago FBI.  The cause of the complaint to the court is abuse and harassment defined under State Statues Article 112A and violating our constitutional rights, 1st Amendment, ~~Sixth~~ Amendment  and 14th Amendments' given to each citizen of the United States of America.   Your honor jurisdiction has just been established here by naming the Federal Government as a defendant and by the defendants violating constitutional law.  As relief, we ask that you grant us restraining orders and award us the amount of $5,000,000.00.   At this time I want   protection by default to be entered against them as for relief asked in the petition if the defendants fail to appear.

Your honor, the Glendale Heights Police Department has open case numbers GL08006120, GL08005862, reports also by name Drulack (reflect satellite reports), Darby, Oliver, Burton with no report numbers attached.   I am asking that the Chief of Police submit those reports without further involvement due to their own request of being left out of any further court proceedings.   At this time I want to call to the courts attention that Officer Gruff of the Glendale Heights Police department spoke to me on May 5, 2008, that they would no longer fill out any police reports until the court granted restraining orders against these agencies.   Officer Grulack report reflects actual murder cases or assault and battery that will not be reported until a restraining order is issued.  Your honor, this type of activity is not only unlawful but tapes or real time is unheard of from a common citizen.   Any FBI sting operations such reflect a current investigation that will not be acknowledge to anyone outside of this sting but viewed in different ways by someone not wanted to speak to anyone, namely me, Judy Harrison.   Again my kids and I have been left on our own to find someone to help us while you hold this decision in your hands of what is right and justified within the law. I want to make a point that this information to be given to your court room is of truth and not led by an overactive

imagination but created by our very own government by use of  human intelligence and satellite.

I would also like to point out to your court room that it was the Washington FBI who instructed me to fill out police reports and to contact my closest FBI agency.   Mr. Frank Botche of the Chicago FBI may not know these people as he stated but told me to sit there and put up with it.   Your honor, my kids and I don't have a life time to sit and put up with memory replacement or bodily harm/harassment of any kind from any agency.

Before I go any further, it was the White House, name not given, who instructed me to have them restrained, that was a   conversation on the telephone.   I would have thought at this point in time   that the Directors in charge would have had their employees restrained and cooperated outside of this court room to save us all time and the courts time as well.   I just want to point out again that this is to be believed and not led to any physiological disorders stemming from abuse or trauma or any kind of paranoia disorders.   Again this is satellite activity in a most unusual way.   I am not at liberty to say that the women at the White House was speaking for the President herself.   The information explain by me was to be given to the Head of Security via mail and fax   but also via Special Agent King of the United States Secret Service of Illinois. He was asked by me to explain to Mr. President George Bush and his Secret Service Director on my behalf regarding the abuse and what I could recall.   Special Agent King understands that I receive nothing but the run around over the governments most unusual behavior and polices.   He was told the truth and this information was pointed out to me regarding the retired Presidents very own Secret Service.   I informed him that I do not wish to ever fight over their Secret Service.   They have this agent identified who actually made an allegation against President Clinton's Secret Service that leaves me sounding crazy.   I want this man identified to his own Director, that's all I asked of them.   This particular allegation has nothing to do with my x-boss Mr. Joseph Gotfryd.   I happen to know that some of these people were copied including my x-husband in all of this chaos.

If it's ok, your honor, I want to ask your permission to speak about the abuse endured by these agencies and the laws that have been broken if you would just bear with me a moment please:

1-enlarging our bodies by use of intelligence and creating unwanted effect of dislocating bones, bone joints, muscle that leaves air space within causing torn muscle and inside tissue, obstructing blood flow to our hearts and main extremities.
2-squeezing our bodies insides such as windpipes, veins, arteries
3-creating skin irritation by any use of intelligence
4-erasing our memory by means of hypnotic block or recording over new information stored within your brains memory storage unit or damaging memory paths, learning paths to recall information, by United States Government intelligence including hypnotic blocks or brainwashing.   Inducing amnesia in anyway by means of abuse or even hypnotic blocks including using electrical forces.
5- Creating any kind of terror effects by use of government intelligence meaning screaming by satellite into our heads with unfriendly obscene language with the impact of

a car crash even conversation through out the air like a cloud of dust floating into our minds to mislead and cause fighting.   Meaning using satellite technology to stalk any individual of my family.   Having one government agent to mislead an agency into failure by turning the information known to them as dis information to be corrected later. The creation of physiological effects of losing one's memory by means of terrorizing any individual to stop identification of someone or imply that any investigation may be handled in such a matter.   Message's left at Director Robert Mueller's office to phone number 202-324-2080 or 5280 from me was that we don't want our memories back and that all three ways were used to cause memory loss.   I hope that he received the correct information from this person.   I will not be apart of any unlawful acts but asked the Director nicely not to allow our memories to come back.   Your honor, the kids and I are not in the physical care of a doctor and It pleases me for us not to be taken back in time to remember such events.   I have to question whether this is hypnosis or tapes.   I'll discuss this further in my complaint.   It's my understanding that they have several agents that can perform such a task but name another person as a better witness to each event that can occur while the kids and I are left upset.   As we understand no one in these agencies wanted anything to do with us.   Not even as a father, I was not good enough for anyone.   Your honor,   that is fully understood forever and if it pleases the court my kids and I do not have to endure that kind of public humiliation of not being good enough any member of the government.   In others words we do not wish to be harassed in any way by use of intelligence.   All three of us hope that they have moved on and found someone who can please them, even as a wife in bed.

I don't feel that by law the government has the right to terrorize any individual in the United States by use of any electronic device to stop the identification of someone or imply that any investigation may be handled in such a matter.   Allow me to clarify the word investigation and aggressive, investigation that carries any FBI symbol should not want to cause any delusion disorders of identifying any person within any agency that causes hospitalization or police department in any report and aggressive to mean stopping someone by bringing harm to the general public especially my family.   I do not want to fight over the phrase "made me again".

I understand that the Illinois statues for Article 112A Domestic Violence order of Protection 5/112A Construction:   The article shall be interpreted in accordance with the purposes and rules of construction set forth in section 102 of the Illinois Domestic Violence Act of 1986.   Each of the provisions of the Illinois Domestic Violence Act of 1986 Which are included in this Article shall govern the issuance, recording and enforcement of orders of protection in criminal proceedings.   Under Domestic violence, we the people, have been limited in the civil court rooms to Domestic meanings only. At this time I want the court to understand fully what the word Domestic brings into my life as far as restraining orders requirements. The word Domestic meaning by the Encarta dictionary terms as follows:

1-of or used in the home
2-of a family
3-kept as a farm animal or pet

4-not foreign
5-of a nations internal affairs
6-enjoying home and family life or a household servant.

Nowhere in the papers of an Order of protection by a civil court room is their apt means
for an indispensable entity or company or agency as a living, breathing person, as a
whole active abusive being, specific in a relationship code.   In civil court proceedings
you are allowed to file against someone of domestic relations.   Meaning a understanding
relationship between two individuals of domestic relations home life.   The relationship
code requirement is of husbands, wives, children, parents ect...... with the
expectations for individual information needed for restraining   a particular person.
Over the years it has been called to my attention, allow me to be more specific, since the
White House was contact,   that there are different individuals and they seem to take it
from one person to another who create intentional illegal harmful activity as stated in the
complaint to the court.   It was the taping from different agents who woke me up in the
middle of the night and wanted me to know what happened to my family.   They have
satettile film/pictures taping that could be most useful to Director Robert Mueller's office
but not to upset Mr. Tone Grants agency.   The taping is both inside and outside of the
residence and could   clear up matters of other locations if truthfully all is taping and not
real satellite time meaning happening as you watch or hypnosis by the United States
Government.   I only ask that these tapes not be loaded into my brain like a tape
recording to fully relearn information lost from abuse.   Your honor even phone taping
kept even on a disk would also be included in relearning information of even someone
else's true personality.   This is the work of different unknown agents.   By satellite
viewing of an agent's name Larch was given out when this agent asked this other women,
name unknown, to stop.   I phoned into the police department as told Joe the dispatcher
and Officer John Kezie to fill out a report to verify at least harassment and satellite
activity.   They were to ask these people to stop this type of abuse listed in the complaint
to the court.   Your honor, I do have a name for the court to verify at least one satellite
instance.

I am here today to make some important points to the court if your honor would allow me
time, please your honor.    I find this unconstitutional that our government would even
require a restraining order against this type of deadly abuse.   Under our Fourteenth
Amendment rights, It reads that section 1 - All persons born or naturalized in the United
States, and subject to the jurisdiction thereof, are citizens of the United States and of the
state wherein they reside.   No state shall make or enforce any law which shall abridge
the privileges or immunities of citizens of the United States: nor shall any state deprive
any person of life, liberty, or property, without due process of law: nor deny to any
person within its jurisdiction the equal protection of the laws.   The amendment does not
state an individual name for equal protection of the law even for the issuance of a
restraining order that is a requirement only by a relationship code of a civil courts.   The
civil courts hold a simple foreseen and willful relationship between two or three
individuals under Domestic Violence as a right given to any citizen of its jurisdiction the
right to have them restrained.   Here your honor, let me stress that this individual is
unforeseen to my children and I.   I feel that our Fourteenth Amendments rights have set

the standards for the Domestic Violence Act of 112A of equal protection under the law. These agents are people that have taken an oath to uphold the constitution with the United States of America's government and are protected even from having their names known to the general public. They have clearly worked outside of their own polices and state laws with the abuse that we are expected to endure. We have no way of harming them at all, by use of intelligence. In comparison with their own educational levels to that of 2 minor children and a women left with amnesia and a background of Financial and Business Management, I find this more then unsettling for what the government feels they have given rights to do with me family. One of those given rights is not to have to keep us safe from harm from our very own government. But yet has the given rights to make daily decision that brought abuse to us, meaning to the harm us while effecting the personal enjoyment in our life. Equal Protection under the law but a challenge of a simple restraining order while they obstruct justice by withholding the names of the parties of whom is involved with such activity listed in the complaint. I find that this is simply an injustice to my American Family.

By our civil court procedures  and government request we as minor children and amnesia victim of our own government acts needs to prove an individual name and individual act and I am stating that this is the work of more than one individual act. We have equal protection under the law as do each citizen of the United States of America and expect each government agency to uphold their own oath of duty/office. I find this unconstitutional for the government to require a restraining to stop an agency as a whole from passing on abuse. Abuse that can be created from a living, breathing agency that the court should address as one United States citizen then. I'm asking the court to name said agencies as the abuser and tormentor. We have the right to sleep safely in our beds and travel across  the United States without any harm being brought to us, including our school and work environments. Under the Domestic Violence Act 112A paragraph (i) creating a disturbance at petitioner's place of employment or school;  My two children have the right to attend school and college without the physical harassment of not retaining their normal body size. I also have the right to work without any third party harassment including the right to retain my own body size. The government has managed in more than one way to interfere in both a positive and negative way. We are under both the jurisdiction of each state now being the state of Illinois but also we fall in the exclusive jurisdiction of the United States of America. The agencies have cross their own lines of communication with and both to my family as well as public knowledge of such events. Not even wanting a witness against their own government but asked to sit and put up with it. As for the Police force that do not have these capabilities, a request of restraining orders is long due before further reports are taken Think of the jobs and capabilities that our agencies bring to the United States, they do not include any type of harassment or physical violence. I want to point out that in these positions they have the trust of the people of the United States of America and as agencies they should avoid from committing any types of actions listed in this complaint.

Under Article 112A Domestic violence the definition of abuse means physical abuse, harassment, intimidation of a dependent, interference with personal liberty or willful deprivation but does not include reasonable direction of a minor child by a parent or

person in loco parentis.   At this time I want to bring up and stress personal liberty and willful deprivation as to our First Amendments rights which reads-Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof: or abridging the freedom of speech, or the press: or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

Nowhere, you honor, does it say that it's ok to brainwash someone and then openly even suggest that they have done wrong.   Brainwashed by agents of the CIA that would fall under freedom of speech to speak and hold love for an individual such as a husband and replaced by the White House.   By all means, I couldn't think of a better party to love but our very own White House.   I have a problem here.   I have always admired the parties in our White House and I am offended to think that I would be brainwashed to love them just for America alone but left a husband that I once loved and never will have again behind with two children that I love and adore also.   Our CIA agency had me hypnotized to leave and regardless of past and present issues my very own government abuses my family while they brainwash me in a manner to love the White House, what a conflict of emotions to bring further to any courtroom or family and why?   Why led others to think for any minute there would have been any problems within our own government agency to love only the White House?   To take away the freedom and right to love any individual at all because of fear to love someone within our agency or just the mean act of depriving a women of loving anyone at all, any man that is.   This makes it sound like a boyfriend relationship and it's not or some kind of joke.   Being taken away from your own family while hypnotized by an agency not to miss anyone, even from a work relationship.   For example, their was an unknown African American women not wanting me to sue my own government over the abuse and her liking someone herself that is beyond persononal liberties and willful deprivation.   Your honor it was her, the agent, she liked her very own agency that was of her concerns alone.   Who ever this women is, she is not alone in her feelings and support of her agency of not wanting or telling this, best kept secret.   Their strong feelings that led her very own agencies also to have strong feelings that supported their own actions.   My concerns may not be of the same as these agents.   You, the government never wanted a witness but spare me the feeling I may have had but strongly suggest by means of abuse you do not want me to fall in love with any man at all or depend on any man or even my own government for help.   Each one of these women go home to a loving family of their very own and I am sure that they are allowed to be cling as a women, in love.   If I may point out at this time,  just in brainwashing and hypnotizing I have not name any individual person but separate people within this Central Intelligence agency and FBI agency as well.   Under civil court rules they would require the unknown name of a protected agent, who is not to be name publicly to a police station or me for even cooperating for restraining orders but yet hired by the government for this type of job duty.   I want to stress to the court that the agents are trained by their very own government.   They are well protected and respected within the government but protected unequally compare to my family from abuse and names being given out to anyone.   It was a man who hypnotized me to be unafraid to kiss another man or debate with another man.   Again I just wanted to point out to the court that these people are different agents within our government.   Our eating habits are also subject to this type of behavior and I dislike what they find as funny it's more of a

immaturity on their part of wanting me hopeless and helpless. These people are different from "Your not in love any more" that is what I was told during brainwashing and didn't realize what this was. As my memory comes back with the help of our own United States Governments tapes, I have to be careful not to allow the loading of tapes to be reenter into my memory because of misleading my own brain activity. Our names seems to be given out freely but theirs are well hidden. As pointed out in the abuse section memory replacement. I am not responsible for any actions held by my very own Untied States Government and has been sworn at in more ways then one for a computer chipped brain activity. Memory replacement, that too is depriving us of our personal enjoyment and personal liberties and willful deprivation, First Amendment rights. I understand that these agents work in an environment that helps protect them but yet I want to point out to the court that I am a misfit because I do not and am not employee with the government and I do not have the benefits as they do. I am very grateful to my own United States Government for the help from unknown agents to our own FBI agencies who in contrast do not allow such things. I had agents of each agency swear at me over brainwashing and calling me a robot incapable of loving anyone at all, cold and unfeeling because "I'm not allow to". This more than scared me. I do not want me or my kids memories or backgrounds changed in our own minds. Changed to another individual that is not me but it's hard for me to fully remember because of head trauma, brainwashing or memory replacement. I have been harassed by use of intelligence because of such actions and this has caused slander in my life that shall go unproved even with a medical malpractice due to the governments own failure to step in and explain in a timely matter. Even the performance of sexually satisfying any man must be done by body enlarging or being overweight by government standards that has to be proved? Your honor, I am here to testify against these agencies as my very own witness who should have never ever been known to any individual working within our very own American Government Agencies. Your honor, my family deserves equal protect under the law, it's memory replace that will be questioned even as a creditable witness. "you didn't see that like this" or "that never happened to you" I refuse to be treated like an agent of criminal in any way at all and will want the court to make the agencies admit that I do not have these capabilities.

Your honor, according to Illinois state statues 720 ILCS 5/12 3.3 - Aggravated Domestic Battery is when a person who is committing a domestic battery intentionally or knowingly causes great bodily harm or permanent disability or disfigurement commits aggravated domestic battery. I want to point out to the court that strangulation is domestic battery and enlarging ones body is not only an intentional act of this agency but a willful deprivation of a personal liberty. Just how much did the government wish for us to eat or the pain to endure due to their own personal wants in our life. These actions are encourage according to the camera men and asked of different agents within the agency who have no regard for personal life expect how well like they are. Too many agents have been involved with battery to name one agent alone. I want to point out to the court that it's the act of   government's wants in our life not our very own. Widening up ones rear end and legs or any part of our bodies mostly our heart areas is more that painful and unjustified in any way no matter whom they work for or love, I have not found one law that states that any person including an government agency should take the law into their own hands to have personal gains in any course of any

investigation.   In other words you honor, it's unlawful and unjustified for any agent to say that the Director of any agency would approve such matters.    Again under Article 112A paragraph 5/112A-16 Accountability for the actions of other states that for the purposes of issuing an order of protection, deciding what remedies should be included and enforcing the order, Article 5 of the Criminal code of 1961 1 shall govern whether respondent is legally accountable for the conduct of another person.   The Directors of each agency has been served and found under Illinois State statues that they are to be held accountable for the actions of their very own agencies, their employees.   I am asking the court to find that the Directors, as respondent,  be held responsible for the actions of their own agencies under civil liability they can solely make the decision to sign restraining order for their very own agency whether the court has a conviction for such an offense as one listed in the complaint.   The Glendale Heights police department has yet to advise me of any court action for prosecution.    Allow me to call or your attention that the court and the defendant both have the authority to not only issue restraining orders under Illinois State Statues but have the choice of 1)enforcing counseling for such abuse also falls under Article 112A 5/112a-14 remedies for such orders (4) counseling - require or recommend the respondent to undergo counseling for a specified duration with a social worker, psychologist, clinical psychologist, psychiatrist, family service agency, alcohol or substance abuse program, mental health center guidance counselor, agency providing services to elders, program designed for domestic violence abusers or any other guidance service the court deems appropriate.2) turning the names over the police stations for prosecution and enforcing restraining orders.   Inducing amnesia even by means of electrical forces or by impact of intelligence like a car impact into your head also including physiological amnesia is the abuse to the point to where you never want your memory back!   The identification of any agent or individual is not to work against helping my family from my stand point but only that I never new any of these men and women in these said agencies.   I state this at this time because another witness is named and my family is left to find some way to stop this physical and mental abuse.   The question to Director Robert Mueller's office of not wanting to even be hypnotized to gain a memory or reloaded via Central Intelligence is again due to the unwanted and overwhelming abuse to my family.   I didn't ask him to break the law to help me.   To get a conviction you need a line up and this has not demonstrated in anyway to me or the police station a line up that leads to prosecution for even awarding damages but again a failure to prosecute whether a compliant is overlooked or name of the correct identity withheld creating obstruction of justice. That kind of abuse is unheard just because of a voice or identity that no one wants in the past or future for any reason and causes the police station or government to overlook any complaint we may have to keep us from harm.   Again a message was left with the Washington FBI Agency for Director Robert Mueller and I explained to him that the government hurt me so bad that I didn't even want to live here anymore.   I explained that I was made afraid to even speak or remember what had happened regarding these investigations.   I asked him a simple question that I will never get an answer to, how am I suppose to get through this?   A question left unanswered because I never got to speak to him regarding any abuse in this complaint.   Left afraid and intimidated by our very own government.   The word intimidation even relating to aggravated intimidation under 720 ILCS 5/11-6 a)a person the offense of aggravated intimation when he or she commits the offense of intimidation

10 the person committed the offense in furtherance of the activities of an organized gag
or by the person's membership in or allegiance to an organized gang:  This Your Honor,
just relates as a group of agents working together as a whole. The word hypnotized has
now entered the picture of restraining orders and let me point out to the court with such
trauma for minor children this is not accompanied by counseling.  Again under Domestic
Violence Act 112A 5/112A -14 under Physical care and possession of the minor child In
order to protect the minor child from abuse, neglect or minor child's primary caretaker, or
to otherwise protect the well-being of the minor child, the court may do either or both of
the following (i) grant the petitioner physical care or possession of the minor child, or
both or (ii) order respondent to return a minor child to, or not remove a minor child from,
the physical care of a minor or person in loco parentis.  If a court finds, after a hearing,
that respondent has committed abuse as defined in section112A-3) of a minor child, there
shall be a reputable presumption that awarding physical care to respondent would not be
in the minor child's best interest.  Now the government wishes to turn the abuse around
and create an atmosphere of intimidation by   use of satellite and I'm asking the court for
them not be a moving targets of harassment. The article states   The government has now
created for themselves a co-dependency relationship between my family and them, just
like a marriage.    I seek counseling and have requested that they stop since the
government never wanted a witness to identify anyone but point out that tapes are also
available to the government for use.  Allow me to add that tapes of our work, home and
school address 161 Winters Drive, Northlake Illinois 60160 and work 106 Grove Ave,
Barrington Illinois 61106 and including school addresses for both children


should display both outside and inside activity but will not include any further tapes of
other locations unless proven by our very own government.  The identity may have
already been well known to these individuals who may hate my family for a loss of
friends within their very own agency.

The other reason being, this must be said to the right party to include a witness of a threat
or an overheard conversation not wanting to be known by their very own agency.  They
have continually turned things around and led others to believe it was against them.
Then supported by the friends of the agency to carry out abuse for more than 13 years.
13 years of abuse and humiliation of even oral sex performed in bed with a husband, as if
that is what they truthfully wanted to see.  Displayed by satellite to humiliate a women
and to state to the agency the   inability to perform as a women and mother because of
trauma from a bank robbery or coping others that lead to the performance of a women or
disrespect to a man.   The outrage of sex that makes or breaks an agents career like 007
must not go unnoticed in body enlarging. Only the select few should be perfect enough
for such jobs to carry out with such men with that kind of education.  The abuse is from
well wise ego's that will go unnoticed forever within these agencies of dorights.    This is
something that my son and daughter have to be concern about as well as I.  That is what
these agencies have stressed they say to repair and heal the ability to perform with a man
as they rub the inability in your face.  The ability to blow someone or have sex while
investigating other countries in not needed in my life of humiliation, in the respect of any
man anywhere.   That is not a requirement of needing help or being led to a women bully

of a man.   The cutting of body parts is also unneeded in our lives as well and I am sure that these men have women who are brave enough to sleep with them. This may be on different occasion but the cutting must stop.   They are not to misled us in anyway of calling out to any Director while someone cuts us. They just can't settle the dispute of Russia or Nicaragua.   Russia, something so private no one but the very agency would know such an investigation expect for the public news used to cause further illusions but including the Director Louis Freeh cases throughout his career.   A true time line would be required to know how the time span would truthfully be but this is of no interest to anyone in these agencies, only Three Strikes and your Out would make perfect sense the those otherwise relating that phrase to baseball.   Whether the abuse is caused from a bank robbery case or sexual act, these investigators have no right to commit such reckless abuse or public harassment.   The moral here to me the plaintiff was that he didn't make them do this, what an illusion to create for such fine young men in the United States Government.   He didn't make them do what? This question is open for another life time and the **he** meaning **who**.   A question not left for this courtroom and will not be disclosed in this courtroom.

720 ILCS 5/33-3 Official Misconduct - A public officer or employee or special government agent commits misconduct when, in his official capacity or capacity as a special government agent, he, commits any of the following acts:
a) intentionally or recklessly fails to perform any mandatory duty as required by law, or
b)knowingly performs an act which he knows he is forbidden by law to perform: or
c)with intent to obtain a personal advantage for himself or another, he performs an act in excess of his lawful authority;   My point your honor is that the government always has the advantage for themselves even emotionally.   The mixed feelings from government including police as well as family has to stop.   The emotional turmoil is distrubing in our lives and we are sure they have matched themselves with he perfect husbands and wives for any investigation ect.......That's all that is pointed out to me everyday as they want to sit and smear us in the most unlodgical way while stalking.   Their perfection can be taken to their Directors and not called to my attention.   As stated to Mr. President George Bush, I do not wish to be a competitor in any way.   It scare me to even think of a conversation not wanting to be known to their Directors.

What started as a bank robbery case with the Elmhurst Police Station and should have no one upset except Mr. Joe Gotfryd and some man at a store just for Mr. Rae Bratford for knowing what had happened led to the most unheard of occurrence with a government agency.   Please excuse me your honor but there is nothing exciting about that at all to me in what life has given me the opportunity to try and achieve for myself.   A life as a mother, co-worker and wife.   Anyone who would investigate anything of this sort wouldn't excite me to the point that I neglect my own two children or everyday needs of income and stability.   A man in your life that takes the space of two children in need of a parent whether abused as a child by a child molester or should not have any reflection in this case that was so simple and led each opportunist to abuse just to have the turn around of a restraining order and investigation.   The opportunity to hide to true reasons of why someone would think and act as they do leaves the victims wondering why they could have carried on for such a long period of time with the requirement of a restraining order.

Again, allow me to stress to the court the abuse is unheard of and the pattern of abuse is to cozy with everyone. Their simple requirement is a hospital stay so that they can continue to keep their careers and reputations so that it does not interfere with their every day life or cost them one red cent. Your honor, that is the pattern they have all established with me. To use someone I work with or a family member and send me to the hospital and try to prove it on my own.

That is the pattern everyone has created here. If it pleases the court I would like to explain. In support of the Washington FBI I sat at my table with an FBI cap on just for the mention of filing out police reports that not one has followed through with. It was a Sunday Evening at 9:00 p.m. and the Central Intelligence Agency still zapped me with Electrical with no awareness of their own actions to a police officer. They do not even acknowledge the amnesia of who they are or the fact that they never new us. As I sit typing for the court to obtain restraining orders Officer Summerville who works for the Glendale Heights Police department is now on vacation and will not be around for any further discussion regarding abuse or another police report. But Officer Marshall of the Winnebango County Sheriff's department will not fill out any further police reports regarding this matter. They stated upon call that the Glendale Heights police department has to take care of this. Chief Lawler in Barrington said that if they were to be called to court they would have to tell the court that notifying the FBI was the right thing to do and they felt that they had the jurisdiction on this situation of what happened at Harris Bank. David Humor of the Barrington police department was to phone me back with a report number and feels that they don't need to. The Glendale Height police has taken care of this already, just like the Washington FBI stated for me to do was to fill out police reports. I'm sorry but everyone is too busy to save me and my kids from daily harm of the agencies fighting. They feel that they have the right to terrorize everyone while blocking out anyone who can help. Jurisdiction has been established to this court room for restraining these said agencies from using intelligence so that they do not commit any further abuse. Enlarging us is causing       paralyzing effects through out my body. Hospital stays is the only thing that Director Michael Haydens agencies requires and death. They do not have to be human to do their own jobs as a matter of fact they are close to inhuman ways because of training requirements and expectations form their own agencies. Internal Medicine of the Elmhurst Hospital stated that Central Intelligence has to be restrained for this to stop. The argument of jurisdiction is brought to the court for restraining order not policing efforts?

Your honor, I wanted to have Mr. Joe Gotfryd take the stand and explain the security meetings at the Bank of Elmhurst regarding safety that was promoted within the Dupage County areas, it seems to me that no one wants to be bothered even as a witness for what happened. Again I am sorry that they will not be here to testify. The surrounding police stations were conducting security meetings to help inform each financial institution of crime in the areas and to promote safety. This to was brought to me by satellite or hypnosis in an argument so unwanted and unneeded at this time. A simple crime of a case that Detective Rae Bartdford handled and had nothing to do with anything mention by anyone else. The church I attended where Officer John Rynhart attended seem to capture the attention of the Chicago FBI where Officer John Rynhart switched

with an agent.   This man was not phoned by me and asked to come out to Wooddale and attended Church services but he came their all on his own.   That seems to be an unusual event since according to the newspaper articles The Elmhurst Police station was already holding the bank robber for trial.   Another locations comes to play here and Officer Rae Bardtford doesn't know of.   A CIA Training Camp, I was home sleeping and that bank robbery case didn't include them either.   Now Your honor,   The retired FBI Director Louis Freeh, stop gwacking at my agents please, seems to be lingering in the air as well.

According to our American Government standards and the Federal Bureau of Investigation they are relaying on a medical report to protect to safety and welfare of agents who do not wish to be investigated and are protected by the Elite Government influence to stop any further investigations in relating to Director Louis Freeh investigations or to Director Robert Mueller's investigation's that they may have a cross of information between two FBI agencies.

Your honor, if needed as to time limitations, the mental capacity covers by Illinois State Stautes carries no limitations of victims to amnesia as long as the mental capacity is permanent disablity even for a minor child.   That statues covers them until the age of 18 years unless they will just never have a memory of abuse.   Time limitations should not be a question to this courtroom when addressing abuse for a restraining order.   I again am asking the court to hold these said agencies fully responsible for their own acitons and grant us restraining orders under Equal protection under the law with the, falling under state statues Domestic Violence Act Article 112A.

Your honor, I want to be able to address this complaint on behalf of my family for the abuse, humiliation, stress, loss of my memory, loss of time, loss of my family, enjoyment of life, for the loss of our enjoyment to retain our normal body size, loss of our vocabulary and speaking skills.   The loss of my identity as a wife, mother, co-worker, friend and love and trust that we shared together.   We have obtained medical bills and counseling that were created from the abuse of these agencies and wish for the court to address this issued as well.   Between hospitalization and counseling and the need for medication because of the lack of cencentration that I have.   I feel that I have the right to ask the Federal Courts for help with a problem that no one wishes to address.   The sole abuse that everyone else can handle that has created problems in ours lives.   The jurisdiction of granting us a long over due restraining order, please your honor.   I would like to live in peace and wish to point out to the court that Mr. Greg Patrick Harrison has been remarried for years now and allowed to fall in love with whom he wants to be in love with.   He has lived a stable life to include vacations and weddins as well as a honey moon.   Please, I want to be my very own witness to what everyone wants me to have, nothing or proof of what happened.   As for court convictions,   it has been stated by a sting member only by satellite that certain individuals has been prosecuted but this is unclear to me and no answer from the police station.   The damages that I ask for is also clearly the courts decision if you can demand that each Director appear as a witness for the information gathered against their very own agencies.

**Judy Harrison**
4863 Linden Road
Apt 713
Rockford, Ill 61109
USA

Phone (815) 874-9203
Cell (815) 621-8⁻

- Duration falling under Courts jurisdiction to be permanent not limited to 2 years in time under Domestic voilence Article 112A.

- STAy away order = Domestic voilence Act Article 112A

Judy Harrison

Judy Harrison

Judy Harrison

# RELATIONSHIP CODE

The **Petitioner/Abused Person** stands in the following **relationship to** the **Respondent** (check **all** that apply):

| ✓ | RELATIONSHIP | ✓ | RELATIONSHIP | ✓ | RELATIONSHIP |
|---|---|---|---|---|---|
| | Spouse (**SE**) | | Parent (**PA**) | | Grandparent (**GP**) |
| | Ex-Former Spouse (**XS**) | | Sibling (Brother/Sister) (**SB**) | | In-Law (**IL**) |
| | Boyfriend/Girlfriend (**BG**) (Dating Relationship) | | Step-child (**SC**) | | Person with Disability (**PD**) |
| | Child in Common (**CC**) (parties not married) | | Step-sibling (**SS**) | | Person Responsible for High-Risk Adult (**PR**) |
| | Shared/common dwelling (**CS**) | | Step-parent (**SP**) | | Personal Assistant or Caregiver to Person with Disability (**PC**) |
| | Child (**CH**) | | Grandchild (**GC**) | | Other Related by Blood or Marriage (**OF**) |

*Forced relationship upon investigation*

# BACKGROUND INFORMATION

1. Is there or has there ever been an Order of Protection in any state and county naming you as the Petitioner or Respondent? ☐ Yes ☒ No

If **yes**, please provide the following information for each Order of Protection:     Date of expiration
Name of Petitioner ___     Name of Respondent ___     St/County ___ Case Number ___     (mmddyyyy) ___

_____  _____  _____ _____  _____
_____  _____  _____ _____  _____

2. Has a child/dependent/high risk adult of either party been designated as either a Respondent or protected person in any other Order of Protection, Custody or Guardianship proceeding? ☐ Yes ☐ No

If **yes**, please provide the following information for each Order:     Date of expiration
Name of Petitioner ___     Name of Respondent ___     St/County ___ Case Number ___     (mmddyyyy) ___

_____  _____  _____ _____  _____
_____  _____  _____ _____  _____

3. Are there now, or have there ever been, any civil, criminal, or divorce proceedings involving you, one of the protected persons and/or the Respondent? ☒ Yes  ☐ No  ☐ None Known

If **yes**, please list all pending cases below. (*more case #'s*) (*630260-6000*)

   a. Type of Case: *Criminal* ___     Result: *unknown* ___
      State/County: *Dupage* ___     Case # (if known) *GL0800586Z* Date ___
   b. Type of Case: *Criminal* ___     Result: *unknown* ___
      State/County: *Dupage* ___     Case # (if known) *GL0800620* Date ___
   c. Type of Case: *Criminal* ___     Result: *unknown* ___
      State/County: *Dupage* ___     Case # (if known) *Grudlick* Date ___

4. Venue is appropriate in this county because:

   ☒ The Petitioner resides here.

   ☐ The Respondent resides here. *abused Cookcounty - Dupage*

   ☐ The abuse occurred here.

   ☐ The Petitioner is here temporarily to avoid abuse.

# Glendale Heights Police Department Non Crime/Other

*— Everything —*

Glendale Heights Police Department
300 Civic Center Plz
Glendale Heights, IL 60139
630 260-6070

Case No. **GL08006120**
Report No. **GL08006120.1**
Report Date: **4/21/2008 10:11:47 PM**

**1**

Page 1 of 2

| | | | | |
|---|---|---|---|---|
| Subject: | **GL9059 - OTHER PUBLIC COMPLAINT** | | | |
| Case Report Status | **A - Approved** | Date Entered | **4/22/2008 3:33:04 AM** | Reporting Officer |
| | | Entered By | **MS342 - Summerville, Michael** | **MS342 - Summerville, Michael** |
| Occurred On (and Between) | **4/21/2008 10:11:47 PM** | Date Verified | | |
| | | Verified By | | |
| | | Date Approved | **4/22/2008 7:25:53 AM** | |
| Location | **212 GLADSTONE DR** | Approved By | **DF232 - Flint, Douglas** | Assisted By |
| Jurisdiction | **J1 - Jurisdiction 1** | Connecting Cases | | |
| Grid | **GL GL05  - GL GL05** | Disposition | **Inactive** | |
| Sector | | Clearance Reason | | |
| Map | | Date of Clearance | | |
| Census/Geo | | Reporting Agency | **Glendale Heights Police Department** | |
| Call Source | **Telephone - UDT** | Division | **Glendale Heights Police Department** | |
| | | Notified | | |
| Vehicle Activity | | Means | | |
| Vehicle Traveling | | Other Means | | |
| Cross Street | | Motive | | |
| | | Other Motives | | |

Report Narrative

On 4/21/2008 at 10:11:47 pm I was called into the station to speak with Judy Harrison about the CIA.
Harrison stated she came into the station to provide our department with her paperwork reference the CIA and other goverment agencies that are harassing her every day and night.
I asked her what these agencies were doing.  She stated they are enlarging her insides and will not stop.
I made a copy of her material and attached it to this report.

Harrison stated I should give this to Officer Kedzie who has been working on her claims.  I advised her I would forward this to the proper channels.

No further action.

## Offense Detail: 9059 - Public Complaint

*Judy + Kids*

| | | | | |
|---|---|---|---|---|
| Offense Description | **9059 - Public Complaint** | Location | **90 - APARTMENT** | No. Prem. Entered |
| IBR Code | | Offense Completed? | **Yes** | Entry Method |
| IBR Group | | Offense Status | **00 - Unfounded** | Type Security |
| Crime Against | | Hate/Bias | **88 - None (No Bias)** | Tools Used |
| Using | | Domestic Violence | **No** | |
| Criminal Activity | | | | |
| Weapons/Force | | | | |

## Other Entity: O1 -- Harrison, Judy M

| | | | | | |
|---|---|---|---|---|---|
| Entity Code | **O1** | | | | |
| Entity Type | **C - Complainant** | | | | |
| Name | **Harrison, Judy M** | DOB | **10/21/1966** | Place of Birth | |
| AKA | | Age | **39** | SSN | |
| Alert(s) | | Sex | **F - Female** | DLN | |
| | | Race | **W - White** | DLN State | |
| Address | **212 Gladstone** | Ethnicity | **N - Not of Hispanic Origin** | DLN Country | |
| CSZ | **Glendale Heights, IL  60139** | Ht. | | Occupation/Grade | |
| | | Wt. | | Employer/School | |
| Home Phone | **630 307-1019** | Eye Color | | Employer Address | |
| Work Phone | | Hair Color | | Employer CSZ | |
| Email Address | | Facial Hair | | Res. County | |
| | | Complexion | | Res. Country | |
| Attire | | | | Resident Status | **R - Resident** |
| Entity Notes | | | | | |

NetRMS_CR.rtf v2f

Printed For: _____
Printed: April 25, 2008 - 2:39 PM

# Glendale Heights Police Department Crime Report

Glendale Heights Police Department
300 Civic Center Plz
Glendale Heights, IL 60139
630 260-6070

Case No. GL08005862
Report No. GL08005862.1
Report Date: 4/18/2008 10:40:00 AM

**1**
Page 1 of 2

*[handwritten: CIA, VA Dept Vault(?) ...]*

| | | | | |
|---|---|---|---|---|
| Subject | **2825 - PHONE HARASSMENT** | | | |
| Case Report Status | **A - Approved** | Date Entered | **4/18/2008 11:48:08 AM** | Reporting Officer |
| | | Entered By | **JK344 - Kedzle, John** | **JK344 - Kedzle, John** |
| Occurred On (and Between) | **4/18/2008 10:40:00 AM** | Date Verified | | |
| | | Verified By | | |
| | | Date Approved | **4/18/2008 2:36:24 PM** | |
| Location | **212 GLADSTONE DR** | Approved By | **MH222 - Hartigan, Mark** | Assisted By |
| Jurisdiction | **J1 - Jurisdiction 1** | Connecting Cases | | |
| Grid | **GL GL05 - GL GL05** | Disposition | **Inactive** | |
| Sector | | Clearance Reason | | |
| Map | | Date of Clearance | | |
| Census/Geo | | Reporting Agency | **Glendale Heights Police Department** | |
| Call Source | **Telephone - UDT** | Division | **Glendale Heights Police Department** | |
| | | Notified | | |
| Vehicle Activity | | Means | | |
| Vehicle Traveling | | Other Means | | |
| Cross Street | | Motive | | |

*[handwritten: Complaint to Sp. King. I called Louis left message!. Needs corrections.]*

Report Narrative

On 04-18-2008 at 1040 hrs., I was dispatched to the police dept. for a report of telephone harassment. I met with Judy Harrison who stated she is tired and frustrated of being harassed at home by the FBI and the CIA who are frequently calling her at home. Ms. Harrison stated Louis Freah who was the previous director of the FBI is sending satelite signals to her apt. Ms. Harrison stated the satelite signals are going through her body which they are causing pain to Ms. Harrison. Ms. Harrison stated she spoke with Sgt. Mineo previously and she was to locate the name of the CIA agent who is also involved with the transmitting of the signals to her. Ms. Harrison stated the subject is an Agent Larch who will not speak with her. Ms. Harrison stated she has a civil suit pending against Harris Bank which was her previous employer. Ms. Harrison stated she believes she is receiving the satelite signals to her body because of the civil suit pending in court. Ms. Harrison wanted to report and document the circumstances at this time. Ms. Harrison stated she was fine and no medical assistance was required for her and she would handle the situation on her own.

No further action.
Service Code 2825 - 09

*[handwritten: Correction asked. Officer Volick to check badges in Washington for name Lis #368]*

## Offense Detail: 2825 - HARASSMENT BY TELEPHONE

| | | | | |
|---|---|---|---|---|
| Offense Description | **2825 - HARASSMENT BY TELEPHONE** | | | |
| IBR Code | **90Z - All Other Offenses** | Location | **90 - APARTMENT** | No. Prem. Entered |
| IBR Group | **B** | Offense Completed? | **Yes** | Entry Method |
| Crime Against | | Offense Status | **09 - Administratively closed** | Type Security |
| Using | | Hate/Bias | **88 - None (No Bias)** | Tools Used |
| Criminal Activity | | Domestic Violence | **No** | |
| Weapons/Force | | | | |

*[handwritten: Correction → Agent Larch asked the other woman to stop!]*

## Victim V1: Harrison, Judy

| | | | | |
|---|---|---|---|---|
| Victim Code | **V1** | Victim Of | **2825 - HARASSMENT BY TELEPHONE** | |
| Victim Type | **I - Individual** | | | |
| Name | **Harrison, Judy** | DOB | **10/21/1966** | Place of Birth |
| AKA | | Age | **41** | SSN |
| Alert(s) | | Sex | **F - Female** | DLN |
| | | Race | **W - White** | DLN State |
| Address | **212 #102 Gladstone Dr** | Ethnicity | **N - Not of Hispanic Origin** | DLN Country |
| CSZ | **Glendale Heights,Il. 60139** | Ht. | | Occupation/Grade |
| | | Wt. | | Employer/School |
| Home Phone | **630 307-9284** | Eye Color | | Employer Address |
| Work Phone | | Hair Color | | Employer CSZ |
| Email Address | | Facial Hair | | Res. County | **Du Page** |
| | | Complexion | | Res. Country |
| Attire | | | | Resident Status | **R - Resident** |
| Injury | | | | Testify |
| Circumstances | | | | |

S_CR.rtf v2f

Printed For:
Printed: April 25, 2008 - 2:41 PM

I wouldn't know

4) film -or- Live
phone - Mr. Robert Grant
or mr. Director Mueller (7)

1) Beheading of a women (Timing?)

Before I left for Wyoming
someone, man, told her to sit
here. When I came back and
turned on the light this was
projected into my bedroom.
~~—~~ This womens head was
chopped off. Was this a
story or another frame - mailed
to who? Sitting by a computer?

2) Phone call to frame Butche of
the Chicago FBI, Sleeping and
was told something, I don't
know? Showed a man hanging
who had been skinned - visible
eyes and flesh. Blonde hair!

3) Box - delivered to a house -
Agent opened fire. - story -
A) Shot friend B) mailed himself
to get his wife back - Kicked
Box around - C) untie his hands

*(left margin, rotated):* Agent told me about tapped Satellite

4) House Story - Older women -
   You have to stop hurting (Abusing)
   Judy and her Kids.

5) Agent - jumped from her window
   to get away from what? I
   was told "Judy she's dead."
   She looked up to say something -
   sorry I can't remember.

6) Airport Story - Someone found
   he like that, Strung up and
   shot to death, boobs exposed.
        Some women doesn't
   want to be blamed for this.
   Word wording - strung up - tied -
   up?

7A) WSU -
    Newspaper
    Article photos
    Airport

7) Wyoming - tape - fight over
   a word - cut his skin off
   his back? Scared me!                    Matthew
                                           Shepard

8) Another fight men - ? where -
   cut meat of his body (implied)
   "Is that fat enough for you?"

   " Did I tell you you could
   Enjoy Judy" (sexual)

9) Orange suite - (jail?) They really enlarged Judy? but who he was with + implied weapon? Someone get hurt?

10) Look up - fight with a Blonde man " You were trying to help Judy "

11) Some man Changed the way he looked and made his way through somewhere (Jail?) Implied Killed Someone - he's stuck Anyway? (Blame?)

france

12) Italy Story - his wife had to get him out of trouble while the Authorities punched on him. (he loves her)

13) Shot In his house either walking in or sleeping? Wife doesn't want anyone to know.

14) I told my boss that I woke up and rolled out of bed because of a red lazor that came into my room. (wyoming)?

15) man shot, blood, yelling
unsure love Judy? I was
told he's dead.

16) man lost half his skull
from (unsure) his government
yelling by intelligence or
I don't know (gun?)
speak to the major Glendale Hts.

17) ↓ Some where - man Agent-
uncomfortable who he's
around - (tense?)

18) CIA Camp? - can't assume -
Blonde women who busted in
tied him Down - Wire Strangle
"I said to leave us Alone!"
I'm going to leave you here

19) Women shot in head -
after confession? (unsure
didn't heard) Dancing
around Blood Splattered?

20) Blonde man - Shot in the head - Clothing didn't fit whos doing this to me

21) man - Eye burned - (unsure) "I love Judy"? Judy he's dead.

22) Black women - I lost my son because of Judy Harrison
mother
23) wife story also / ↗ wife

24) Women in jail? who knows the clothing can be purchased? Getting even with Judy ?

25) man - Brown curly hair - Shot while sleeping - talking in sleep - Bunks - girls cleaning up the mess (razor) murder

26) man outside fence - thick chain oversized clothing - (?) where's Judy or who knows Judy Harrison. Tall fence - wiring ~~help~~ top.

27) Girl sitting around office - shot in the head - replaced with another women - implied look alike?

28) Supposely - Louis - film - brief case hand cuffed to him. unsure if it's even him? I don't want my wrist <u>broke</u>!

29) man - I thought it was women - dagger - "Show Judy what I'm not afraid to do" looked like they said it - Blood on it. I'm thinking hunting season. Campsite? wood floors?

30) Classroom = men sitting like a class - women (Blonde hair - different) grabbed some man by the ~~head~~ hair of ~~the~~ his head - slammed his face down and yelled(?) shown too fast - (old film)

Brought

→ Gregory pounding or running into wall at home and I

Couldn't help him! They made/
implied mike seen this! him

31) I woke up, went to the phone
called who? Glendale HS.?
~~someone~~ Another women yelled at
~~someone~~ — you can't strangle her
anymore. (speaking authoritive)
I never saw who!

32) Man - Agent assuming - I don't
know - Nice sharp suit -
implied what was waiting -
Surgeon's ~~~~~ tools!

33) Agent running away from
someone (hotel?) Something
about the women - I don't
remember

34) Women yelling - leaves
background - Stay away
from my husband!

35) man in Cabin - driven crazy
by other agents (?) What
was said - man outside
supposely knew my name →

women outside with
this accent. Judy
was driven crazy over
what was implied - Director
men - I have no
comments - here say!

36) Another women sitting
somewhere - wondering
if she has to worry about
Judy - I really cant
see → unsure husband
killed(?)

37) women on beach - Enlarging
a man - dark - yelling out(?)
Needs help? → narration -
We do this all the time - they
are marked — — — did
something wrong

38) Courtroom - Biker clothing -
? unsure

39) Women running upstairs
of courtroom - mines going
to come back and kill Judy

40) man riding to bike under bridge - (head? Enlarge) shot in the head - Blood splattered everywhere?

41) ?? liam in Jail - Because Judy called me fat. (frames Pictures) if his in Jail outside someone's home? first place he went - Were calling authorities
? White shirt - ABI office?

42) House story - all dead - Bricks on house stories are always close to looking alike?

43) Another house story - window someone listening inside? unsure of who sleeps there

44) Blue van - man loading in back - Blonde - Dark hair man - well dressed - long Black Coat - "I told you to stay away from Judy?"

45) Blonde FBI → fight
with — I can't remember -
you Yelled in her head?

46) Same man ? resturant fight
he's taller - other men -
assuming agents

47) Sleeping - Blonde man
outside driving down the
street - You want me to
show you how, we did
this? I believe it
was a Cerolotic - Yell in someone's
not me! Head!
satellite!

48) Spanish women- tall in
an arguement with another
Blonde women(?) She
knows the other Agents?
(I was'nt here again, I
want you to ⬤ know)

49) Echo- You should see whos
mad, because Judy was told
this!



**TIMOTHY M. CULLINANE, M.D.**
386 NORTH YORK ROAD
ELMHURST, ILLINOIS 60126

TELEPHONE
(630) 834-1557

DEA REG. No. BC0202351
ILL LIC. No. 036-071207

NAME _Judy Harrison_    AGE _____

ADDRESS _____    DATE _8/11/97_

℞

Judy is not paranoid
at this time, as best is
I can determine.

☐ LABEL

REFILL _____ TIMES

☐ MAY SUBSTITUTE

☐ MAY NOT SUBSTITUTE _____ M. Cullinane _, M.D.

*Attn: Robert mueller* *Call Chicago*

**U.S. Department of Justice**

**Federal Bureau of Investigation**

Washington, D. C. 20535-0001

June 1, 2005

Dear Correspondent:

      Because of the large volume of mail received by the FBI, our resources will not permit us to individually answer each communication we receive. However, we have personally reviewed your communication and have determined the following:

(1) ☐  No violation within the investigative jurisdiction of the FBI was identified; therefore, we are unable to assist you with your complaint/inquiry.

(2) ☐  Your concerns should be directed to your local or state law enforcement authorities.

(3) ☐  You may wish to discuss your concerns with private legal counsel of your choice, a legal aid society, or a local bar association.

(4) ☐  The FBI does not have statutory authority to provide you personal protection. Your concerns should be directed to your local law enforcement authorities.

(5) ☐  No preprinted material is available concerning your topic. You may wish to check the reference section of your local library.

(6) ☐  Your concern may be of interest to

_____

_____

(7) ☐  We are unable to provide any information on the topic of your request inasmuch as FBI and Department of Justice policy prohibits comment on ongoing investigations.

(8) ☐  Your communication has been forwarded to the FBI field division listed below. Please contact that division directly if you have any additional information.

_____

_____

(9) ☐  Your communication has been forwarded to _____
      Please contact that agency directly if you have any additional information.

(10) ☐  Your material is being returned as it may be of further use to you.

(11) ☐  The information you are requesting can be found on our Web site at www.fbi.gov.

(12) ☒  Please note the following: Additional background data is needed in order to address your inquiry.

*you said this* *Judy Harrison*

Executive Secretariat Office
Records Management Division

I brought this matter to Cheyenne, Wyoming Courts because no one would act reasonably or in a timely fashion to make a decision regarding this matter. No one would respond to help of my family's immediate needs. It is not unreasonable to ask for restrictions to stop abuse. I am asking the Court to stop these agencies and police departments from brining this up in any future action by making this decision.

Someone wanted to bring up an issue of Lenith Hall vs. Judy Hall that was reported in a court room here in Cheyenne, Wyoming in 1986 and has no reflection on this abuse that I am reporting to you now. My disability has nothing to do with what was reported to your Cheyenne, Wyoming court room in 1986. That testimony was in regards to Lenith Hall's child abuse and abuse of my mother. I was not on any form of medication during this testimony.

information along with, according to eye witnesses, a woman helping him wearing a red wig (supposedly). He was robbing banks for a drug habit. I left the bank for lunch and a man wearing (apparently) a brown wig followed me in a white 2-door Pinto (?). I went home after seeing him in my rear view mirror. Greg and Gregory were at home. Another day I went home to eat lunch to check on Gregory and saw a man in a red Toyota parked at a garage sale. I saw him in my rear view mirror. He did not look like this other man. That is not for me to decide. His hair looked real! Another weekend a man in a blue van with a rust spot on the driver's side drove by with a jet black colored wig on. This did not appear to be the same man. He looked bigger in size. I found this hard to believe after the statements made in the security meeting and the timing of their appearance. I do not want to make accusations toward anyone. I simply told my boss, Carol Michelletto (phone 630-852-5770). I wasn't falling for this. She left my desk not saying a word. I assumed she knew and forgave me for my assumptions.

I filled out a police report with the Cook County Police Department in the middle of the night. Outside a woman wearing a blonde wig went zooming by and I pointed her out to the police officer standing at the door. My boss, Joe Gotfryd (708-387-1061) at the Bank of Elmhurst also was out in this white car and this led me to my assumption. It appeared to be him who followed me home from the beauty shop appointment after getting my hair cut on

another day.  He (Joe Gotfryd) should know who was in this car.  I don't.

I want the Court to understand that we, my family, never had any problems in Illinois.  I volunteered at the Bensenville Home Society for the Elderly with Church Services (630-521-8050) and delivered Meals on Wheels to the Elmhurst Hospital (630-833-1400) for the elderly.  I was well respected in the community.  I, Judy Harrison, was never a problem to anyone.  Truthfully, being led by bank employees to color my hair red or include red streaks and declined at the beauty shop, I did not understand what was happening and did not know who to trust.  I walked out of the Bank of Elmhurst. A police report was written up by a police officer at the Northlake Police Department while I was employed.  She called me paranoid while not knowing all this information at the time. She knew I was seeing Dr. Barbara Leanard located in Aurora.  Her phone number is 630-585-8300 (because she asked). She has a number of patients who are not harassed or judged at her office by anyone (I have asked).  No one is being bothered by anyone at her office.

One evening as I was putting my three year old son to bed, we heard an echo of the word "Babe" throughout the hallway upstairs in my husband's voice.  This was not in our head.  Gregory grabbed my hand and said, "Daddy's home."  This was the experience to be described like the Amityville Horror movie in Hollywood.  I need to compare this to Hollywood knowing our government does not want to take the blame for this action.  I showed Gregory that his father was not at home and he went to sleep.

4

Another evening, I was in our bathroom and Gregory was watching T.V. He began to pound on the bathroom door screaming, "Mommy, Mommy. There's a mean guy in the kitchen." I let him in. Watching him cry we went to the kitchen and I asked him to show me what happened. He lifted his arms above his head and said "rah." He stated he had a mask on . Dr. Timothy Cullinane listened to me tell this to him and his statement was, "No, Gregory was too descriptive to not believe." I was not leading my son to be afraid or to make this up. I can refresh the doctor's memory along with a copy of his note given to me at this time.

I also told the White House and Director Robert Mueller's Office about the store clerk located at the corner of (York )and Grand;) the phone number is 708-562-2829, who had a picture of people who were being investigated from Nicaragua for activity he can report. I was strongly encouraged by means of abuse not to discuss who a person is/was (identifying someone) or talking about another country. I was afraid to inform Director Robert Mueller how mean someone was. I am sure they do not want to be known as well as anyone with a wig on. These agents sit in our American government offices. They do not like anyone to give out their names.

In this time frame I had Lindsay and went back to college (as explained to President George Bush as well as the Glendale Heights Police Department). There was an argument over Lindsay sleeping as a baby and maybe being woke up by use of our intelligence. The same question is raised for Gregory also. Again, this was reported

5

to the Glendale Heights Police Department as well as the White House.　As I spoke to someone retired from the Air Force, Gene McCorkel, who was stationed here at the Cheyenne, Wyoming Air Force Base, he stated that our government has the capability of communications in one's sleep as well as an echo.　This also caused a disagreement.　Someone was unhappy about the truth we spoke about over my telephone.　I, Judy Harrison, never brought harm to my kids.　I do not have these capabilities.　I want the Court to address this issue of communication versus a mental condition. According to Gene McKorkel, the United States Government has these capabilities.　This can be found in books published to the public. This is not a secret of any kind.　I do not want my kids abused in such ways as described in my Complaint to the Court and do not want anyone to deny our own government capabilities to the court room.

While at college it was a woman named Carol Able who had this conversation regarding this country investigation concerning her as two other women sat in the same computer class with us.　I never gave these two women trouble.　They were with a social worker who has misjudged my family.　This other woman works at the Chicago FBI Agency.　It was led to believe she worked for the Cook County Sheriff's Police Department.　Forgive me, please.　I do not want these women aiding with this communication to drive my family crazy.　At school Alvin's (?) partner pulled into the parking lot in what appeared to be a brown 4-door Impala or Granada.　He was wearing a brown wig in which I stood there completely frozen unable to scream for help.　I could not even move to walk to class.　I was

6

led at a later date to believe they work for an agency or police department.  This other man came back after class laughing in the same car. Joe Gotfryd of Mb Fianncial, President and CEO, came up to the college looking for me along with Officer Mike Reiman, phone 630-530-3050.

The issue here that I pointed out to the Glendale Heights Police Department is that the men and women in this picture are not employed at this store.  The store clerk was well aware of Joe Gotfryd by use of this white car.  I have never spoken to Joe Gotfryd regarding this matter and was told by Ronald Santos of Mb Financial that he is no longer employed.  I left him several messages explaining the actions of his employees and do not wish to be held responsible for his employees' actions.  This letter to the FBI of Chicago included a statement regarding Joanne and Michael Hedges and their friends along with Joe Gotfryd who I am not responsible for either.  The police report regarding this other woman wearing a blonde wig was also explained to Mr. Rae Bradtford of the Elmhurst Police Department and Director Robert Mueller.  The bank robbery investigation he conducted would have regarded this woman if there truly was an accomplice.  That was not Joanne Hedges.  I am not responsible for the actions of the women in this police report.

The abuse of my family was a result of arguments regarding this information.  I told President George Bush lying in bed being driven crazy for one minute is one minute too long. Even picking up my phone over an agent who should not have been angry at my family, is also one minute too long,

7

My attorney directed me to say, "The only voice I hear is yours."
The government would want me unable to testify.   No one in
intelligence should be frustrated over a phone conversation with a
retired Air Force officer either.   No one wanted me to know.

　　Please accept my apologies for the length of my testimony.
When I was employed at GBA Firestone, these agents and the police
department started an argument that may have been misunderstood.
Due to the abuse I have a large time of a memory gap.   Donald
Golminas and Dan Garcious were the two men I was employed by.   All
I remember is someone stating it is time to play a game.   Also a
man in a blue Cadillac with the plates "RIP" came by with an echo
of "Judy thinks three strikes and you're out means you're dead."
I never had any thoughts relating to this and did not know what
anyone was even implying but to make me sound paranoid.   I did not
have anything to relate this to.   No idea.

　　During this time an argument broke out between these agencies
and police departments and I have a hard time understanding why.
What I explained to Director Robert Mueller is that police
departments and agencies have different ways of communicating in
which the government has no right to misinform the Court about.   I
know the difference between an echo and a dream communication as
should Director Robert Mueller's Office.   No one can understand
each other like this.   I do not want to be in the middle of a
threat of identifying who started this, but with my exboss, Joe
Gotfryd, in which my Doctor Timothy Cullinane understands, I
suppressed this information.

I, Judy Harrison, was hospitalized and fought over medication and the mix-up with my hospital records.  Someone wanted distrust of authority, marital problems, Dr. Barbara Leanard and my stepfather's abuse in my medical records.  No comments regarding abuse of these agencies or amnesia.  Some of the comments in my Elmhurst medical records refer to the word "delusional," along with slit wrist and screaming in the night.  My medical records are mixed up with other patients.  There was a woman hospitalized at the same time who slit both of her wrists, not me.  I went back to get copies and was told good luck straightening this out.  The word "paranoid" also comes up and I am telling the Court that I am being misdiagnosed. The law should prohibit anyone from using these medical records based on my testimony.  They wanted an IQ test from me and remarks were made by someone other than myself.  I explained this to my attorney, Eva Tambeling, as well as Director Robert Mueller.  I had amnesia.  I later walked into the hospital in tears and told my internal medicine doctor the truth and informed her I was afraid.  I wrote the Elmhurst Hospital Director, Leo Frenza, several letters and left the newspaper article regarding the bank robbery case.  I am asking the Court to address these overlooked mistakes with my medical records.  They wanted to restrain me as I told Director Robert Mueller the truth.  I never hurt anyone. Attached is a copy of a police report from my ex-husband in which they were misinformed (Cook County Case No. 98D43045Z).  I sent this to the Justice Department in Washington, but no one wanted to help me fill out reports regarding the abuse at that time that I

9

had no memory of.  I must apologize to the Court for my lack of writing ability and memory at this time.

I will only inform you that I lack the trust and faith in others informing you of the truth.  The abuse I never want to remember is undescribable.  The Washington FBI Director, 202-324-3000; 202-324-2080, should be someone I could trust and honestly tell the truth to.  Statements to him as well as Dr. Timothy Cullinane regarding the abuse should be explained fully to understand my memory loss.  I phoned in as I could recall what happened this past year and the year before my kids and I have been waiting for help.

At this time I do not wish to address the divorce of my ex-husband, but I ask the Court to understand the truth of not being able to love anyone.  I, Judy Harrison, due to partial amnesia at this time, have trouble understanding the comments from police officers as well as agents, made to me directly and indirectly regarding agents in my home.  I really do not know who is who as I explain in a short letter to President George Bush.  I never would have left Lindsay and Gregory because I love them.  I am intimidated by the courts to honestly bring up the issue of not being in love with any man.  I am asking the Court to address the issues of my ability to not be able to name an agent within our government.

I informed my doctor of our government ability to induce amnesia.  Director Robert Mueller as well as the President and Glendale Heights Police Department have been informed by me of my

memory loss.   I do not wish for this to be an issue of my own
competence with your Court room.   They may address this as an issue
of credibility as a witness to a case but not to interfere with
reporting of domestic abuse and child abuse.   The state of Illinois
never addressed this issue.   I have the right under constitutional
law to report this abuse and responsibility of this abuse while
asking for remedies from the Court room.   I can speak of the abuse
relating to Gregory and Lindsay of what I know and can recall and
complained to these different agencies, police departments and
President.   At this time I want the Court to name the abuser and
tormentor as our U.S. Government agencies as stated in the
Complaint.   I would have to ask Greg Harrison to submit a complaint
to the Court room to help establish restrictions/restraining orders
including him and his new wife.

My second hospitalization was at GlenOaks Hospital through the
Glendale Heights Police Department.   I do not want anyone abusing
us any further and need the Court to know that I reported
Dr. George Melnyk for a misdiagnosis and was told he is now retired
(I never stated this type of information in the hospital to
anyone).   He may not understand an echo of intelligence like
retired Air Force Officer Gene McCorkel.   Denial of this
communication is misinforming the Court of our own United States
Government capabilities and is also misleading to any hospital or
doctor.   If it is pleases the Court, I want to state at this time
an Illinois State law no one wants to address, 720 ILCS 5/12-7.5.
Cyberstalking.   A person commits cyberstalking when he or she

11

knowingly and without lawful justification, on at least two separate occasions harasses another person through the use of electronic communication. Harass means to engage in a knowing and willful course of conduct directed at a specific person that alarms, torments or terrorizes that person.    "Electronic communication" should be defined at this time.  I need to ask the Court for a change of venue, because of the influence and non-responses of the State of Illinois.    The idea of restraints and restrictions are to prevent harm not to embarrass or harass any individual of agency.    Accept my apologies for the need of such restrictions.    At this time I can ask the Court to appoint an expert witness if needed to prove at our United States Government expense their own capabilities.    My family cannot afford this expense and cannot afford to be our own detectives of who has committed this abuse with even partial amnesia.    The burden is being laid on my family while we are being abused or tormented.  It is called to my attention that our government wants a medical condition rather than the truth to be known to the Courts of abuse from our agencies.  I am asking the Court to help stop the abuse of agents who do not wish for my family to prove this in a court of law.

At this time I am asking the Court to hear Illinois State law 720 ILCS 5/12-3.3.  <u>Aggravated Domestic Battery</u> - A person who is committing a domestic battery, intentionally or knowingly causes great bodily harm or permanent disability or disfigurement commits aggravated domestic battery.  We are stating that our government

12

agencies are doing this by use of intelligence. Due to my lack of knowledge but a description of inducing physical weakness and enlargement and witnessing my own reshaping of Gregory and Lindsay's body as well as my own, I want the Court to ask these agencies again not to misinform the Court room of their own capabilities (Rule 706, <u>Court Appointed Experts</u>).  At this time I need the Court's permission to enter a quote from Alfred W. McCory, "A Question of Torture CIA Interrogation from the Cold War to the War on Terror."  Page 9, "the worst form of torture because it provokes more anxiety among the interrogatees than more traditional tortures, leaves no visible scars and therefore is harder to prove and produces longer lasting effects.  The Complaint I have made subject to no-touch torture techniques held by our CIA Agency widely read in many books made available to the public.

I have found a section that can help describe what we feel like besides victims.  A prisoner who is forced to stand for days on end, or who is made to assume painful body positions, or who is denied food, sleep or a toilet, does battle with his or her own body.  The prisoner can come to see the pain as self-inflicted; it continues when no oppressor is present.  The body cries for relief, begging its owner to give in, while the mind may urge the prisoner to resist, to endure more pain.  When the mind gives up, the body does not relent.  The prisoner, already degraded and humiliated, is betrayed by his own muscles.

Hope is impossible, as the very people who in a normal society might stage a rescue are the ones who are stagging the assault.

13

My family will not allow our own government and police departments to have disagreements over investigations while making us feel as prisoners in our own home(s) -- my family should not be used to negotiate over such matters.

At this time I need to establish with the Court room why I stated "to use my family to 'negotiate' or 'captives.1'"

I, Judy Harrison, started my employment at Harris Bank of Barrington in August of 2002 leaving disability and trying to make a stable living and be productive in our society. As I sat at my desk not speaking but trying to get my work accomplished for the day, an agent in intelligence began enlarging my body as an echo ran through my atmosphere. This went on for too long for me to be able to sit at work and not be humiliated and used in some unknown fashion of embarrassment and physical harassment (bodily disfigurement). An agent in our United States Government echoed a conversation held at another location while allowing me to hear this as another agent requested me to "You're going to call the FBI and tell them what I didn't do." They, he, cracked my toe. The conversation reported to the White House was "I better not hear you speak about Russia or rush in again?" I explained to President George Bush that I was not clear about that? This has been taped and hopefully made clear about what happened in the State of Illinois. I simply asked President George Bush not to allow anyone to use my family as a means of negotiation. My big toe was cracked in December of 2004. My family has been waiting for someone to order these agencies to stop. I phoned the Illinois U.S. Secret

14

Service, Special Agent King (312-353-5431), and left him message after message to get someone from the White House on the phone and help explain all of this information and abuse to President George Bush.  I needed help explaining to the President what my family has grown tired of.  I wrote President George Bush a letter(s) regarding the abuse and my memory problem while asking him to write up an order to restrict these agencies from committing any further abuse to my family.

Mr. Frank Botche (312-421-6700), the Glendale Heights Police Department and Director Robert Mueller were a few that I tried to explain what had happened.  Felicia at the Washington CIA Agency also received a phone call regarding this matter.  Then I let Director Robert Mueller know who knew at the Washington CIA agency. We have been waiting too long for anyone to understand you cannot just enlarge people in the general public or commit abuse as stated in my Complaint to the Court.

Director Michael Haydon (no phone number available) was not in charge at the time this abuse was committed and in reality President Bill Clinton was in office.  That is how long these agencies and police departments have been fighting.  The White House received a phone call from me first back in 1995/1996. Please do not ask me to sort this between administrations.  I seriously asked President George Bush if this could be settled before he left office.  This has no bearing on anyone sitting in the White House.  Honestly a woman in Illinois was upset over verbage that added to the argument and frustration of these

15

disagreements and I hope that the White House was able to address this for them.

I have to be honest with the Court.  The name of Mr. Tone Grant, of the Chicago FBI Agency, came up somehow from pictures produced from an agent that is unknown to me.  Again I relied on Special Agent King for help in making everyone understand so that my family would not get hurt anymore.  This led to more abuse as I was put on a leave of absence from Harris Bank.  Due to the sensitive subject, I asked Maureen Olker of Harris Bank (312-421-6014) to phone Director Robert Mueller's Office, White House and the Secret Service.  I did not feel that this violence was to take place during my working hours.  I sent the President of the United States our work place violence policy/anti-harassment policy as well.  There is a question of my ability to work meaning my speaking skills without being hypnotized by this agency.

I was sleeping in my apartment when this agent started enlarging my entire body day and night.  When I had my visitation rights with Gregory and Lindsay they did the same to both of my kids.  As I explained to the President, this Agency would not stop. Phone call after phone call and letter after letter asking for help.  This disrupted not only my work life but my enjoyment of my two children.

Not only did I not receive residential custody of our two children who were forced as I was to live apart, due to my own United States Government.  I had my attorney, Eva Tambeling, at phone number 630-472-1750, send a letter to Director Robert

16

Mueller's Office for me and the White House, 202-456-1111, 202-456-2461 or 202-456-1414, as well as explaining what I could do at this time.    I was still forced to take a leave from work due to what kept occurring.    While questioning my ability to retain information, shock and being incoherent, we have a dispute over my ability to return to work versus living on Social Security.    My pay at Harris Bank is $32,500.00 a year and I cannot understand why someone cannot put a stop to this abuse immediately!

I want this Court to understand that I reported to the White House as well as Glendale Heights Police Department and Director Robert Mueller that someone in this agency put me through brain-washing.

I currently have a doctor to help me deal with all of these issues and asked Dr. Timothy Cullinane to help with explaining ~~when~~ that no one was going to make me and my kids away anywhere.    I asked my doctor to help put a stop to this and asked him to phone Frank Botche of the Chicago FBI Agency as well as Director Robert Mueller.    He knows ~~they~~ left Illinois to go to a Court room who would help my family put a stop to this.    Heidi of the Glendale Police Department and the Mayor Linda Jackson at 630-260-6000 were asked to help also. We have a question of our speaking ability without this agency.

At this time I am begging the Court for help issuing these restrictions/restraining orders against these agencies from committing any further abuse and disrupting our lives any further

17

over any case mentioned here in this statement made to your Court room.

Please forgive me for my lack of writing ability in hoping that you will not hold this against us in any way in achieving these orders.

I again need to point out to the Court room that when I testified here in the case of Lenith vs. Judy Hall there was no question of my competence at testimony.

I need to express to the Court the urgency regarding immediate restrictions/restraining orders while lacking the knowledge of federal versus state law we have in question here. At this time please allow me to state Illinois State law that no one wanted to help me address so that I may ask for a change of venue due to failure to respond. (see attached)

As a crime victim I should not have the burden of proof just to receive restrictions against these agencies who do not seem to want to do their job and investigate their own. At this time I want to point out again to the Court room the memory loss and time loss and the complaints that I have made and ask the Court to recognize this and the statement made by the Glendale Heights Police Department that he did not think he could stop this. The agencies are too judgmental and close to co-workers to make a timely decision.

Again I want to ask the Court to enter a judgment in my favor, Judy Harrison, on behalf of my family, also being defined as Gregory Harrison, Lindsay Harrison, my ex-husband, Greg Patrick

Harrison, and his wife. At this time I need to call to your attention and I mean no harm to Greg Harrison his failure to respond in helping me putting a stop to this abuse. I fear that my family will lose their voice in speaking up against these departments and agencies.

Before I close I need to let the Court room know that I have rights as a witness, victim and mother, as well as any American citizen anywhere in the United States of America. I am asking the Court to award my family with these restrictions as remedies for the damage they have caused us and to keep in mind the pain and suffering they have caused us together and apart. Please forgive me for my urgency.

As stated in the Complaint permission came from the White House who said go ahead and issue the restraining orders, and Special Agent King was asked to inform the President of the United States if he wanted to make the decision of bringing charges against these agencies. I am tired of the intimidation.

Judy Harrison
~~1114 West 184th Street, Lot 12~~
~~Cheyenne, WY 82001~~
~~(307) 432-6853~~

212 Gladstone, Apt. 102
Glendale Heights, IL 60139
(630) 307-9284

CASE N# 07CV09

I need to add that a
police report was filled out
with the Barrington Police
department regarding what
happened on Harris Bank
property. I'm unsure that
they will contact me regarding
this. Chief Lawler knows
I have phoned to see what
his detective did. I received
no calls back regarding the
matter.

John Rynhart of the Rivergrove
Police Station attended Churchbel
with my family. He had
switched with someone else
who showed up wearing an
FBI shirt. I'm assuming
from the Chicago FBI agency.
Someone I wouldn't know.
Another man, not John Rynhart,
stood in church and stated
"Sucly don't let them make you
feel paranoid." In a middle

of Rae Bradfords
bank robbery case over a man
I dont know in a Red toyota!
John's wife Chris drove out
to Bourrington in a ,assuming,
different Red toyota. According
to the news paper articles,
he is sitting in the federal
prision cell. This is the year
2006 and I really dont
know how paranoid and
bank robbery **relate to**
each other! I dont know this
man or his family. They
should know what he was
driving. How would someone
from intelligence be involved
unless someone from the
Chicago FBI knew someone.
I informed the Glendale
Heights Police department
of harrassment charges
and disfiguement. I am tired
of these agencies and Police
departments.

Some women phoned in
and called me a "whore".
I haven't dated anyone
because of this Balloon
effect throughout my
Body. Again, his agency
brought harm to my
family and knows that
I was misunderstood. If
they let someone in the
house, I do not remember.
I am not a "whore". The
government didn't want a
witness is what I told
downtown. If you questioned
Mr. Joe Ootfryd, I don't know?
I gave his name out
time and time again. Just
because I wanted a restraining
order doesnot have any
reflection on the entire list
I found turning this around
wasn't too flattering to
my reputation. Where was
my husband at then? Everyone
acts like I'm not allowed