08 C 50 1 63

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Judy Harrison
(Please print)

STREET ADDRESS: 4863 Linden Rd Apt 713

CITY/STATE/ZIP: Rockford IL 61109

PHONE NUMBER: (815) 621-8265 or (815) 874-9203

CASE NUMBER: _____

_____        _____
Signature                  Date

F I L E D

AUG 0 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT