UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Judy Harrison

**FILED**
AUG 05 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 08 C 5 0 1 63

v.

Defendant(s) Central Intelligence
c/o defendants FBI

Judge: _____

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Judy Harrison, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: Earl Wilcek - keep his money with no help to us
   Gregory L. Goldstein
   Piccione, Keeley & Associates Ltd.

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Movant's Signature: [signature]
Date: 8/3/2008

Street Address: 4863 Linden Rd Apt 713
City, State, ZIP: Rockford IL 61109

LAW OFFICES

# Piccione, Keeley & Associates, Ltd.

JOHN J. PICCIONE
PATRICK C. KEELEY
THOMAS A. JACKSON

LYNN R. CONRAD
MARK W. TADER
ALISON S. FRANKLIN
JASON SINGLETON
COURTNEY BOBOSKY

COUNTY FARM PROFESSIONAL PARK
122C SOUTH COUNTY FARM ROAD
WHEATON, ILLINOIS 60187-4523

TELEPHONE: 630/653-8000
TELECOPIER: 630/653-8029
EMAIL: info@pkalaw.com
WEB SITE: http://pkalaw.com

May 29, 2007

Dear Ms. Harrison,

    We regret to inform you that at this time we cannot offer you counsel regarding your case. We suggest that you seek other counsel. Attached please find the original documents that you dropped off at our office.

Very Truly Yours,

Piccione, Keeley & Associates

# Law Offices of
## Gregory L. Goldstein ESQ.

407 S. Dearborn, Suite 1125 • Chicago, IL. 60605 • Tel: 312-583-9000 • Fax: 312-583-9069

334 S. Ardmore • Villa Park, IL. 60181 • Tel: 630-832-0809 • Fax: 630-516-3512

September 19, 2007

Judy Harrison
212 Gladstone Apt 102
Glendale Hights IL. 60139

Dear Ms. Harrison:

    I received and reviewed the paperwork you sent me. It is my opinion that based on the information you have given me you do not have a case. Therefore, I will be unable to help you any further in this matter. Please feel free to get a second opinion.

Sincerely,

Gregory Goldstein