## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50163 | **DATE** | 8/22/2008 |
| **CASE TITLE** | Harrison vs. Central Intelligence, et al | | |

**DOCKET ENTRY TEXT:**

For the reasons set forth below, this case is dismissed pursuant to 28 U.S.C. § 1915 (e) (2) (B) (i).

*[signature: Philip G. Reinhard]*

■ [For further details see text below.]

Notices mailed by Judicial Staff

### STATEMENT

Plaintiff requests to proceed in forma pauperis ("IFP") and seeks appointment of counsel in this action against the CIA and FBI seeking $5,000,000 and restraining orders. The complaint is difficult to follow but alleges abuse by defendants including "enlarging our bodies . . . creating unwanted effect of dislocating bones . . . obstructing blood flow to our hearts and main extremities. . . . erasing our memory by means of hypnotic blocks. . . . screaming by satellite into our heads with unfriendly obscene language with the impact of a car crash even conversation through out the air like a cloud of dust floating into our minds to mislead and cause fighting." Under the IFP statute, a case shall be dismissed if the action is frivolous. 28 U.S.C. § 1915 (e) (2) (B) (i). "Frivolous" means clearly baseless which includes claims describing fanciful, fantastic or delusional allegations. Denton v. Hernandez, 504 U.S. 25, 32-33 (1992). Plaintiff's allegations are fantastic and delusional. The court dismisses this case pursuant to 28 U.S.C. § 1915 (e) (2) (B) (i).

| | Courtroom Deputy Initials: | \sec |
|---|---|---|