# United States District Court
## Northern District of Illinois
### Western Division

Judy Harrison                                    **JUDGMENT IN A CIVIL CASE**

      v.                                        Case Number: 08 C 50163

Central Intelligence and FBI

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed pursuant to 28 U.S.C. § 1915 (e) (2) (B) (i).

                                                Michael W. Dobbins, Clerk of Court

Date: 8/22/2008
                                                /s/ Jennifer Titak, Deputy Clerk