| | | |
|---|---|---|
| A. Judy Harrison | ) | United states District Court |
| Plaintiff | ) | Northern District of Illinois |
| | ) | |
| | ) | |
| v. | ) | **FILED** |
| | ) | SEP 0 2 2008 |
| B. Defendant | ) | MICHAEL W. DOBBINS |
| Central Intelligence | ) | CLERK, U.S. DISTRICT COURT. |
| c/o Defendants | ) | 08 C 50163 |
| Federal Bureau of Investigation | ) | |

Motion to reconsider

Your honor I am here today to ask the court to reconsider my case number 08C0163 based on your statement of dismissal against said defendants and grant us restraining orders and/or restrictions to be placed against the defendants named in this case. First, your honor, under IFP the plaintiff has the right to ask for permission to appoint legal counsel based on social security income with payments for not only rent by medical and medications needed for survival. Constitutional law states that our First amendment rights gives us, the people, the right "to petition the government for a redress of grievances", without being dismissed as IFP statute 28 U.S.C. $ 1915 (e)(2)(B)(i).  Our First amendment rights clearly states that the petition itself has the right to be heard, our grievances, deserve to be understood as factual allegations and statements made to also competent investigators of the Glendale Heights Police Department. Investigators of sound mind(s) that have pending criminal cases showing the complex and brilliant criminal ways of each crime.   Letters of complaints and any logs of complaints may be recorded with the Elmhurst Police Station due to the simple bank robbery case of June 1994 in which the bank robber was apprehended by John Cocchoi of Oakbrook Police Station in Illinois. These investigator's should be summons and demanded to appear as competent witnesses to the crimes committed for this court room and testify to the best of their ability on who   and how on

at least 2 criminal cases but limit criminal prosecution to the criminal court room meaning the motive, who, when, where and how. The investigator has the sole responsibility with criminal proceedings on how criminal actions are and can be the best witness for us in settling disputes of restraining orders by law of Article 112A.  The constitutional laws stated, which are our First and Fourteenth, stand for themselves in evading our personal liberties given to us by our forefathers.  Personal liberties extending to the Fourth amendment rights of "secure in our persons", reading the right of the people to be secure in their persons, houses, papers and effect, against unreasonable searches and seizures, shall not be violated and no Warrants shall issue, but upon probable cause, supported by Oath of affirmation, and particularly describing the place to be searched, and the persons or things to be seized.  The information gathered from others conversations should have led each investigator to the criminal without bodily harm.  The fourth amendment rights meaning bodily disfigurement also stated as an Illinois State statue 720 ILCS 5/12 3.3 - Aggravated Domestic Battery.  Your honor, I need to call to your attention also that under of First Amendment rights we the people have the right to "free speech" but limited to our speech.

According to Illinois State Statues Article 14 Eavesdropping 5/14-1 by definition a) Eavesdropping device is any device capable of being used to hear or record oral conversation or interrupt, retain, or transcribe electronic communications whether such conversation or electronic communications is conducted in person, by telephone, or by any other means.  Under Eavesdropping 5/14-8 reads Discovery of eavesdropping device by an individual, common carrier, private investigative agency or non-governmental corporation - the device here is simple, it's our own United States Government by use of intelligence which is satellite activity.  Upon said argument between two United States Agents this was reported to the Barrington Police Department as well as the Secret Service in which issues will not be addressed here in this court room to resolve.  I was simply asked to call the FBI and tell what someone didn't do as I sat at work.  There was no aerial shots at this time regarding the argument itself but disclosed a picture of someone other than the voice who asked me to call in to the FBI.  State Trooper McKutty stated to me over the phone to "call the FBI and get his name that he was fired."  Your honor, according to Illinois State Statues Article 14 Eavesdropping 5/14-3A Recordings, records and custody of (a)Any private oral communication intercepted in accordance with subsection (g) of section 14-3 shall, if practical by recorded by tape or other comparable method.  Your honor under 5/14 3A (1) "the day and hours of interception or recording", should be in the sole custody of the Government with some kind of logical interpretation.  Again, your honor, the government is the sole provider of said occurrence recordings of satellite criminal activity and should be demanded to appear in court for a full explanation of why this criminal activity has happened.  At this time, your honor, I need to stress to the court that the pending case numbers at the Glendale Heights police department be addressed as open investigations or closed investigations with names for a witness to this court room.  The Barrington Police department told me that if summons to court that I, Judy Harrrison, did the right thing by contacting the FBI in Washington.  If the court sees fit they too can be summons or be asked to make a statement out for the court.  I again ask the court's permission to enter the police reports as evidence and the medical letter as evidence as true findings by Doctor Cullinane and police department officers.  Doctor Cullinane can be summons for court but any related medical records are to be exempt from this court room.  According to Illinois State Statues 735 ILCS 5/8 under Medical Studies 2101,2102,2103,2104

and 2105 on improper disclosure.

Your honor, I am asking that you reconsider the request for restraining orders and/or restrictions to be entered as a judgment in our favor against said defendants. I have named the Central Intelligence agency and as co-defendants the FBI agency as a whole living breathing abusive entity for past and present abuse and harassment. The cause of action to my complaint was again abuse and harassment defined under State Statues Article 112A, Aggravated domestic battery 720 ILCS 5/12 3.3 and violating our constitutional rights including our First amendment, Fourth amendment and fourteenth amendment rights, given to us by our forefathers, to each citizen of the United States of America. I want to point out to the court that under usual circumstances it's always recommended that the victims obtain restraining orders and it's the most unheard of request and unconstitutional request, with no offense to anyone, to depend on a amnesia victim and children of minor age to obtain restraining orders when left with nothing and attorneys who will not help. Not justice or belief. Again consider at least two attorney's by letter who will not take on the government agencies for this particular reason, money and time. Mr. Earl Wilcek took the amount of 3,000.00 dollars to obtain restraining orders and failed to do so and then everyone failed to show up on the last court date. When summons for court, it was the Elmhurst Police station, Glendale Heights Police Station and Me, not the attorney who took my minor children's money and promised not to leave us on our own. Again, your honor, it's pending investigation's that must be answered to a criminal courtroom, not here in this courtroom as the police department is expected to be our very witnesses. I again must remind the court that they are of sound mind as investigator's not delusional to their own police reports. I beg the courts forgiveness in asking something that is unconstitutional as a requirement to us, Judy Harrison's family, restraining our very own American Government from abuse and harassment as said abuser and tormentor. We the people have the right to pursue happiness, life, liberty, to be safe and secure in our persons and most of all love as a family without enduring abuse both together and apart. Again, I would ask the court to grant us our request of restraining said defendants from committing abuse and any further harassment, we as our own witnesses find body enlarging by use of intelligence suffocating, painful, excruciating and unflattering. We should not be expected to live in daily abuse by delusions of law for lack of recognition that it is not happening. We found the support of the Glendale Heights Police department as well as the Washington FBI agency in asking us to fill out police reports along with the White House; these people that remain unnamed are not delusional even in their own request. Damages can be awarded as the court sees fit, our request was in the amount of 5,000,000.00 for the pain and suffering we endured over a motive to be cleared up by the Glendale Heights police department, not for us as an investigator, here in this courtroom. I again want to be able to file this law suit on behalf of myself for the abuse, humiliation, stress, loss of my memory, loss of time, loss of my family, enjoyment of life, for the loss of our enjoyment to retain our normal body size, loss of our vocabulary and speaking skills. The loss of my identity as a wife, mother, co-worker, friend and love and trust that we shared together. We have obtained medical bills that were created from the abuse of these agencies and wish for the court to address this issue of damages for these reasons. At this time I need to beg the courts forgiveness for being in need of such restraints. We would ask to stay hypnotized for speaking and body movement as well as pain but that is also to be left to this court's decision.

Judy Harrison

*[signature: Judy Harrison]*

4863 Linden RD Apt 713

Rockford, IL 61109

(815) 874-9203

(815) 621-8245