# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50163 | **DATE** | 9/3/2008 |
| **CASE TITLE** | Harrison vs. Central Intelligence Agency, et al | | |

**DOCKET ENTRY TEXT:**

Plaintiff moves for reconsideration of the court's dismissal pursuant to 28 U.S.C. § 1915 (e) (2) (B) (i) of her complaint. The court has reviewed plaintiff's motion, the complaint, and it's prior order and denies this motion to reconsider.

*Philip G. Reinhard*

Notices mailed by Judicial Staff

| | Courtroom Deputy Initials: | /sec |
|---|---|---|